Walter-Michael Lee (WL 6353)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: wmlee@gibney.com
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 26 JUN 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U2 HOME ENTERTAINMENT, INC.,

Plaintiff,

v.

MAINSTREAM WIRELESS INC., A&J TELECOM INC., ANG TAI CHENG AND CHAO QIANG ZHENG,

Defendants.

09-CIV-5375 (PAC)

ORDER UNSEALING COURT FILE

WHEREAS, by Order of Judge McMahon dated June 10, 2009, the file of this case was to be sealed pending the execution of the Order of Seizure; and

WHEREAS, the Court having been advised by plaintiff's counsel that on June 19, 2009, the Order of Seizure was executed, it is hereby:

**ORDERED**, that the file of this case is unsealed.

DATED: ___June 26___, 2009

_____
PAUL A. CROTTY
United States District Judge